# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mountain Funding, LLC,

    Plaintiff(s),

vs.

Wieder Jewelers, Inc., Wieder Family Limited Partnership, and Herbert Wieder,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv265

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2011 Order.

Signed: March 25, 2011

Frank G. Johns, Clerk
United States District Court